United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN ZEPEDA,<br><br>    Defendant. | Case No.: CR 10-0545 CW (KAW)<br><br>ORDER REGARDING CONDITIONS OF RELEASE |

Defendant Ruben Zepeda made an initial appearance on a Form 12 on July 12, 2013, before the undersigned. He is currently on release pending his supervised release revocation hearing. Defendant was represented by Assistant Federal Public Defender Joyce Leavitt. Assistant United States Attorney Rodney Villazor appeared on behalf of the United States. Probation Officer Sonia Lapizco was also present.

Defendant currently resides in Tracy, California, in the Eastern District of California. The conditions of his supervised release require him to stay away from Oakland, California. Because of a gang injunction currently in effect, probation is uncomfortable with allowing Defendant to look for work in Alameda County. Nothing in Defendant's supervised release conditions prevents him from applying for work in Alameda County. It is hereby ordered that Defendant may look for employment in areas of Alameda County, with the approval of his probation officer to ensure Defendants' compliance with the conditions of release and the gang injunction.

IT IS SO ORDERED.

Dated: July 12, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

1